# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

March 30, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

*FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 7 2015

CHRISTOPHER A. PRINE
CLERK*

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX 77002-2066

Re:  Willie Dewayne Roland
     v. Texas
     No. 14-8172
     (Your No. 01-12-00687-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk